USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: \_\_9/11/2018\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BRAULIO THORNE, on behalf of himself and all others similarly situated,

          Plaintiffs,

v.

PRINCIPAL FINANCIAL SERVICES, INC.,

          Defendant.

---

1: 18-cv-2724

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Braulio Thorne and Defendant Principal Financial Services, Inc., by and through their undersigned counsel, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that this action be and hereby is voluntarily and finally dismissed with prejudice, without costs or attorneys' fees.

Dated: September 7, 2018

COHEN & MIZRAHI LLP

By: _____
    Joseph Mizrahi
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201
Tel: (929) 575-4175
Email: joseph@cml.legal

*Attorneys for Plaintiff*

MORGAN, LEWIS & BOCKIUS LLP

By: _____
    Douglas T. Schwarz
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6890
Email: douglas.schwarz@morganlewis.com

*Attorneys for Defendant*

**SO ORDERED:**

Dated: \_\_September 11\_\_, 2018

_____
Edgardo Ramos, U.S.D.J.

Classification: Company Confidential